1  KAMALA D. HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  JEFFREY R. VINCENT
   Deputy Attorney General
4  State Bar No. 161013
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA 94612-0550
6   Telephone: (510) 622-2127
    Fax: (510) 622-2270
7   E-mail: Jeffrey.Vincent@doj.ca.gov
   *Attorneys for Defendants John Philips Grant, MD and*
8  *the State of California appearing by and through the*
   *California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARCUS FULCHER,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA and JOHN PHILLIPS GRANT III, M.D. in his individual capacity,<br><br>Defendants. | C12-00404 EMC<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT JOHN PHILLIPS GRANT**<br>ORDER<br><br>Judge: The Hon. Edward M. Chen<br>Trial Date: November 18, 2013<br>Action Filed: December 30, 2011 |
|---|---|

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiff Marcus Fulcher and defendant John Phillips Grant, III, M.D. stipulate to dismiss this action as to defendant Grant. Defendant waives any costs or fees to which he would otherwise be entitled.

_Marcus Fulcher_                    7-18-12
Plaintiff Marcus Fulcher             Date

_Thomas Quick_                      July 18, 2012
Thomas Gerald Quick, Attorney for    Date
Plaintiff Marcus Fulcher

1

1
2
3  _____          8/8/12
   Defendant John Phillips Grant, III     Date
4
5  Dated: ~~July~~ August 23, 2012
6                                    Respectfully submitted,
7                                    KAMALA D. HARRIS
                                     Attorney General of California
                                     TYLER B. PON
8                                    Supervising Deputy Attorney General
9
10
                                     _____
11                                   JEFF R. VINCENT
                                     Deputy Attorney General
12                                   *Attorneys for Defendants John Philips
                                     Grant, MD and the State of California
13                                   appearing by and through the California
                                     Department of Corrections and
14                                   Rehabilitation*
15  OK2012900629
    90255260.doc
16
17  IT IS SO ORDERED
18
19  _____
20  Edward M. Chen
    U.S. District Judge
21
                        IT IS SO ORDERED
                        [signature]
                        Judge Edward M. Chen
22
23
24
25
26
27
28

2