1  KAMALA D. HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  JEFFREY R. VINCENT
   Deputy Attorney General
4  State Bar No. 161013
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2127
     Fax:  (510) 622-2270
7    E-mail:  Jeffrey.Vincent@doj.ca.gov
   *Attorneys for Defendants John Philips Grant, MD and*
8  *the State of California appearing by and through the*
   *California Department of Corrections and Rehabilitation*
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  MARCUS FULCHER,                          C12-00404 EMC

14                           Plaintiff,      **STIPULATION OF DISMISSAL OF**
                                             **DEFENDANT JOHN PHILLIPS GRANT**
15         v.                                ORDER

16                                           Judge:        The Hon. Edward M. Chen
    STATE OF CALIFORNIA and JOHN             Trial Date:   November 18, 2013
17  PHILLIPS GRANT III, M.D. in his individual   Action Filed:  December 30, 2011
    capacity,
18
                             Defendants.
19

20

21        Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiff Marcus Fulcher

22  and defendant John Phillips Grant, III, M.D. stipulate to dismiss this action as to defendant Grant.

23  Defendant waives any costs or fees to which he would otherwise be entitled.

24

25  _Marcus Fulcher_____        _7-18-12_____
            Plaintiff Marcus Fulcher                    Date

26
    _Thomas Quick_____          _July 18, 2012_____
27  Thomas Gerald Quick, Attorney for                  Date
    Plaintiff Marcus Fulcher
28

                                        1

1

2

3    _____         8/8/12
     Defendant John Phillips Grant, III         Date

4

5    Dated: ~~July~~ august 23, 2012            Respectfully submitted,

6

7                                              KAMALA D. HARRIS
                                               Attorney General of California
                                               TYLER B. PON
8                                              Supervising Deputy Attorney General

9

10

11    JEFF R. VINCENT
      Deputy Attorney General
12    *Attorneys for Defendants John Philips
      Grant, MD and the State of California
13    appearing by and through the California
      Department of Corrections and
14    Rehabilitation*

15    OK2012900629
      90255260.doc
16

17    IT IS SO ORDERED.

18

19

20    Edward M. Chen
      U.S. District Judge
21

22

23

24

25

26

27

28

                                    2