1 | Thomas G. Quick, Attorney at Law (SBN 242638)
Email: thomasgeraldquick@msn.com
2 | 5674 Stoneridge Drive, Suite 201
Pleasanton, California 94588
3 | Telephone: (925) 598-9645
Facsimile:  (925) 598-9645

4

Attorney for Plaintiff, MARCUS FULCHER

5

6

7

8

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| MARCUS FULCHER, | Case No. C 12-00404 EMC |
|---|---|
| Plaintiff, | Assigned for all purposes to The Honorable Judge Edward M. Chen |
| vs. | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER** |
| STATE OF CALIFORNIA and, JOHN PHILLIPS GRANT III, MD, | |
| Defendants. | |
| | Action filed: December 30, 2011 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, MARCUS FULCHER, by and through Plaintiff's attorney, and Defendants, STATE OF CALIFORNIA and, JOHN PHILLIPS GRANT III, MD, by and through their attorneys, hereby stipulate that Plaintiff's claims in the above-captioned case be and hereby are dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Case No. C 12-00404 EMC
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER

## CERTIFICATION

I, Thomas G. Quick, hereby certify and affirm that the undersigned counsel, Jeffrey Vincent, Esq., Deputy Attorney General of the State of California, attorney for Defendants, STATE OF CALIFORNIA, and JOHN PHILLIPS GRANT III, MD, has authorized me to affix his signature to this Stipulation and [Proposed] Order.

Dated this 24th day of December, 2012.

THOMAS QUICK, ATTORNEY AT LAW

_____
Thomas G. Quick, Attorney for Plaintiff,
MARCUS FULCHER

Dated this 26th day of December, 2012

JEFFREY VINCENT, ESQ., DEPUTY
ATTORNEY GENERAL OF THE STATE OF
CALIFORNIA

/s/ Jeff Vincent
_____
Jeffrey R. Vincent, Esq., Deputy Attorney General
of the State of California, attorney for Defendants,
STATE OF CALIFORNIA, and JOHN
PHILLIPS GRANT III, MD

2

Case No. C 12-00404 EMC
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER

**ORDER**

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that:

This action and all claims by Plaintiff herein are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

The Clerk shall close this file.

IT IS SO ORDERED.

DATED: 1/3/13 , _____ STRICT JUDGE



3

Case No. C 12-00404 EMC
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER